



**BANK OF NEW YORK**
**NEW YORK**

To the attention of FTD-BLOCK ENTITY

Geneva 21st November, 2003

Dear Sirs,

We make reference to the two wire transfers executed by our bank, Banco Atlantico (Gibraltar) Ltd respectively on 14th November 2003 for US Dollars 15,452.73 in favour of High Tech Petroleum Co, Khartoum, Sudan to their account with Banque Soudano Francaise in Khartoum and on 21st November, 2003 for US Dollars 915,102 in favour of Sudanese Petroleum Corp to their account with United European Bank, Geneva.

These two transfers have been initiated by our company because on 21st October 2003 we have entered with the Ministry of Energy and Mining of the Republic of Sudan into an Exploration and Production Sharing Agreement together with other local partners including High Tech Petroleum Co.

Under the above mentioned EPSA we have a certain number of obligation among which the payment of certain sums for Social Development, Training Fund, Surface Rental and Signature Fee, as it is usual in the oil industry.

The amount of US Dollars 915,102 corresponds to our obligation as stated above and had to be paid to the Sudanese Petroleum Corp by the 21st November, 2003.

The amount of US Dollars 15,452.73 corresponds to our part of the costs of data provided for our Block by the OEPA data centre.

We knew that there were sanctions against the country but to our knowledge only for US companies and did not apply for non US companies owned by European interests.
Regrettably we reserve our right to claim for damages if we loose our rights on the concession
We therefore kindly request you to urgently return these funds to our account with Banco Atlantico (Gibraltar) Ltd

Best regards

Jean-Gabriel Antoni

