

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

SU-1039

Banco Atlantico (Gibraltar) Limited
1 Corral Road
P.O. Box 561
Gibraltar
Attn: Emilio Martinez – Priego
    Esteban Maldonodao - Pareja

Dear Sirs:

This is in response to your application of 01/13/2004 requesting a specific license to authorize the release of the following blocked funds transfer:

| | |
|---|---|
| Originator: | Cliveden Petroleum LTD, Switzerland |
| Originating Bank: | Banco Atlantico, Gibraltar |
| Value Date: | 21-NOV-03 |
| Amount: | USD 915,102.00 |
| Beneficiary Bank: | United European Bank, Geneva, Switzerland |
| Beneficiary: | Sudanese Petroleum Corporation |

Bank of New York properly blocked this transfer pursuant to U.S. financial sanctions administered by the Office of Foreign Assets Control ("OFAC") pursuant to 31 C.F.R., Ch. V and/or applicable executive orders. Under these sanctions, the property and all interests in property ("Blocked Property") of "Sanctions Targets" are blocked. Full copies of the relevant regulations and executive orders are available at OFACs Website at <http://www.treas.gov/offices/eotffc/ofac/>, or upon written request to OFAC.

Under these regulations and executive orders, a U.S. financial institution is required to place Blocked Property that comes within its possession or control into an interest bearing blocked account, even where its role is merely that of an intermediary and the underlying transaction does not otherwise involve a person subject to U.S. jurisdiction. An interest in property sufficient to require blocking may be an interest of any nature whatsoever, direct or indirect. A holder of Blocked Property is prohibited from engaging in any transaction in such property or from exercising any rights, powers, or privileges over such property.

As reflected by your application or information otherwise available to OFAC, the blocked funds transfer in question involves an interest of a Sanctions Target; specifically, pursuant to Sudanese Sanctions Regulations, 31 C.F.R. Part 538. Because it would be inconsistent with U.S. sanctions policy to authorize the release of the Blocked Property in this case, your request for a specific license is denied at this time.

Sincerely,

David W. Mills
Chief of Licensing
Office of Foreign Assets Control


EXHIBIT