**This Agreement** is entered into on 2nd of December 2003

by and between:

**Cliveden Petroleum Co Ltd**, a company incorporated and existing under the laws of British Virgin Islands, whose registered office is at Arawak Trust Company Limited, PO Box 173, Road Town, Tortola, BVI_ ("Cliveden" or the "Assignor")

and

**Zarmach Oil Services Inc.** a company incorporated under the laws of British Virgin Islands, whose registered office is at CITCO BVI Limited, PO Box 662, Road Town, Tortola, BVI ("Zarmach" or the "Assignee").

(each a "Party" and collectively the "Parties")

Pursuant to an Exploration and Production Agreement signed between Cliveden Petroleum Sudan Ltd (a wholly owned subsidiary of Cliveden) and the Sudanese Ministry of Energy and Mining on October 31st, 2003, Cliveden paid on 21st November 2003 the amount of US Dollars 915,102 (nine hundred fifteen thousand one hundred two) to Sudapet, the Sudanese National Oil Company.

This payment has been made from **Cliveden** a/c at Banco Atlantico (Gibraltar) Ltd to the a/c of Sudapet at United European Bank (UEB) Geneva, Switzerland.

The Same Date Bank of New York (the United States correspondent Bank of Banco Atlantico acting as payor on behalf of **Cliveden**) stopped processing the instructed payment and froze these funds by claiming submission to the US Executive Order 13067 blocking Sudanese Government Properties and prohibiting transactions with Sudan.

In order to be released from the administrative task of recovering the said blocked amount of USD 915,102 in capital **Cliveden** accepts for value received to irrevocably and unconditionally assign to **Zarmach** all of its rights and benefits attached to the




pending blocked funds and to the related claim against the US Office of Foreign Asset Control. This assignment covers also the interests which might result from the non availability of the funds since the 21st November 2003 until time of their future release.

This Agreement shall be governed and construed in accordance with English Law.

In witness whereof this Agreement has been signed.

Assignor

**Cliveden Petroleum Co Ltd**

By

General Manager

Assignee

**Zarmach Oil Services Inc.**

By

Director