

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Case No.   SU-3091-1039

Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, DC 20004-2601

**Attn: David H. Dickieson**

Dear Sir:

This letter responds to your application of August 14, 2009, to the Office of Foreign Assets Control ("OFAC") requesting a reconsideration of OFAC's decision not to license the release of the following blocked funds transfer:

| | |
|---|---|
| Originator: | Cliveden Petroleum LTD |
| Originating Bank: | Banco Atlantico (Panama) SA |
| Value Date: | 21-NOV-03 |
| Amount: | USD 915,102.00 |
| Intermediary Bank: | BNP Paribas SA |
| Beneficiary Bank: | UNITED EUROPEAN BANK - GENEVA, SWITZERLAND |
| Beneficiary: | Sudanese Petroleum Corporation |

OFAC licenses the release of blocked funds only under limited and compelling circumstances consistent with the national security and foreign policy interests of the United States. OFAC has reviewed the information that you submitted, and has determined once again that licensing the release of the blocked funds would be inconsistent with OFAC policy. As reflected by your application or by information otherwise available to OFAC, the blocked funds transfer in question involves an interest of a sanctions target, specifically, **Sudanese Petroleum Corporation**. Therefore, your request is again denied. OFAC will reconsider its determination only upon receipt of additional relevant information or new information that demonstrates a change in circumstances.

Sincerely,

*John Smith*   9/2/09

John E. Smith                              Date
Associate Director
Program Policy and Implementation
Office of Foreign Assets Control



EXHIBIT 4