UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVIA RUX, et al.,

                Petitioners,                          Case No. 08 Civ. 6588 (AKH)

       - against –

ABN-AMRO BANK, N.V., et al.                 **CLAIM of ZARMACH OIL
                                                                                SERVICES, INC.**

                Respondents.
------------------------------------------------------------X

      NOW COMES CLAIMANT, Zarmach Oil Services, Inc. (Zarmach), a company incorporated under the laws of British Virgin Islands (BVI), and hereby asserts is claim to funds of $915,102 plus interest, presently paid into the United States District Court for the Southern District of New York. Pursuant to this Court's Order entered on September 9, 2008, Zarmach provides this claim objecting to the use of its funds to satisfy the judgment of the Petitioners because such funds are not the property of Sudan or any of its agencies. In support of its claim, Zarmach states as follows:

      1.     Zarmach is the successor in interest to Cliveden Petroleum Co,. Ltd. (Cliveden) with respect to a claim for funds which were blocked by the Bank of New York on November 21, 2003. See Dickieson Affidavit, Exhibit 6.

      2.     Cliveden is a BVI corporation which legally sought to transfer $915,102 to The Sudanese Petroleum Corporation (Sudapet) account in Switzerland – BNP, Paribas (Suisse) S.A. Geneva, formerly United European Bank Geneva. The purpose of the funds was to provide funds for social development, training and other purposes in exchange for securing rights to an oil lease in Sudan. Specifically, on October 21, 2003, Cliveden entered into an Exploration and



Production Sharing Agreement with the Ministry of Energy and Mining of the Republic of Sudan – the owner of Sudapet.

3. On November 21, 2003 Cliveden authorized the transfer of $915,102 from Banco Atlantico (Gibraltar) to the Sudapet account in Switzerland. See Dickieson Affidavit, Exhibits 1 and 2.

4. For reasons currently unverified, the wired funds were routed through the Bank of New York on their way to Sudapet's account. See Dickieson Affidavit, Exhibit 3.

5. The Bank of New York blocked the further transfer of funds to Sudapet based on sanctions imposed on Sudanese assets in the United States. See Dickieson Affidavit, Exhibit 3.

6. Sudapet refused to allow the Cliveden transaction to close until it actually received $915,102 in the Swiss Sudapet account.

7. To close the transaction, on December 8, 2003, Cliveden legally transferred an additional $915,102 to Sudapet in a wire transaction that did not involve any U.S banks. See Dickieson Affidavit, Exhibits 4 and 5.

8. Sudapet received the second $915,102 and the transaction closed.

9. Subsequent to receiving the oil rights, Cliveden assigned the oil lease to another company, High Tech Petroleum, and assigned its claim to the blocked $915,102 to Zarmach. See Dickieson Affidavit, Exhibit 6.

10. At all times, Cliveden, as a BVI corporation, was operating legally and was not in violation of any laws.

11. At all times, Zarmach, as a BVI corporation, was operating legally and was not in violation of any laws.

12. Neither Sudapet nor the Government of Sudan (or any other agency of Sudan) have any claim to ownership of the sum of $915,102 that is currently held in the registry of this Court.

13. The $915,102 is solely the property of Zarmach and should be paid to Zarmach.

14. Under no circumstances should the $915,102 be used to satisfy any claim against Sudapet or the government of Sudan, as that would amount to a confiscation of funds belonging to a BVI corporation, and no such confiscation is authorized by any law. Such confiscation would actually provide a benefit to the Government of Sudan by reducing Sudan's liabilities without sacrificing any Sudanese assets. That clearly was not the intention underlying the order to block the transfer of funds in question.

WHEREFORE, Zarmach Oil Services, Inc. respectfully objects to the distribution of its funds to any Petitioners in this case and requests that the $915,102 plus interest from November 21, 2003 be transferred to Zarmach forthwith.

November 21, 2008

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.

By: _____/s/_____
Lisa F. Fishberg , Esq.
David H. Dickieson, Esq.
601 Pennsylvania Avenue, NW
North Building – 9th Floor
Washington, DC 20004
202-628-4199
Facsimile: 202-628-4177
LFishberg@schertlerlaw.com
DDickieson@schertlerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Claim was filed and served via ECF with copies being sent via facsimile to the following counsel, this 21st day of November, 2008:

Andrew C. Hall, Esq.
Hall, Lamb and Hall, PA
2665 South Bayshore Drive – Penthouse One
Miami FL  33133
Facsimile No:  305-374-5033

Howard B. Levi, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas – 17th Floor
New York NY  10036
Facsimile No:  212-308-8830

_David H. Dickieson_
David H. Dickieson

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVIA RUX, et al.,

                Petitioners,                Case No. 08 Civ. 6588 (AKH)

            - against –

ABN-AMRO BANK, N.V., et al.                **AFFIDAVIT IN SUPPORT**
                                                                                     **OF CLAIM**

                Respondents.
------------------------------------------------------------X

        DAVID H. DICKIESON, being duly sworn, does hereby swear and affirm under oath the following:

        1.     I have reviewed the facts and circumstances described in the concurrently-filed Claim and I hereby affirm that Exhibit 1 is a business record of Cliveden Petroleum Co., Ltd. kept in the ordinary course of business, which confirms that on November 18, 2003, Cliveden Petroleum Co., Ltd. issued an order to Banco Atlantico for payment to The Sudanese Petroleum Corporation of $915,102 with respect to the "2003 obligations under EPSA dated 21st October 2003."

        2.     Exhibit 2 is the Banco Atlantico (Gibraltar) Ltd. monthly statement for November 2003 showing that $915,355.45 was transferred by Cliveden to the "SUDANESE EUR" on November 19, 2003.

        3.     Exhibit 3 is a true copy of a letter dated November 21, 2003 from Cliveden Oil to the Bank of New York protesting the blockage of $915,102 in funds to be used for Social Development and Training Fund, among other uses, in Sudan.

        4.     Exhibit 4 confirms that on December 5, 2003, Cliveden Petroleum Co., Ltd. issued another replacement order to Banco Atlantico for payment to The Sudanese Petroleum

Corporation of $915,102 with respect to the "2003 obligations under EPSA dated 21st October 2003."

5. Exhibit 4 is the Banco Atlantico (Gibraltar) Ltd. monthly statement for December 2003 showing that a second payment of $915,362.23 was transferred to the "SUDANESE PET" on December 9, 2003.

6. The transfer described in Exhibits 4 and 5 was required to replace the transaction that was contemplated by Exhibits 1 and 2, as the earlier transaction was prevented by the blockage of funds by the Bank of New York.

7. Corporate records indicate that the second transfer of funds was not blocked and the obligation owed to Sudan was satisfied.

8. Verification of the fact that Sudan's claim was satisfied is also evidenced by the fact that Sudan has made no claim to the funds which were blocked by the Bank of New York and which have now been paid into this Court.

9. Exhibit 6 demonstrates that Zarmach Oil is the successor in interest to Cliveden Petroleum Co,. Ltd. with respect to a claim for funds which were blocked by the Bank of New York on November 21, 2003.

10. The $915,102 is solely the property of Zarmach and no other party has made a legal claim on such funds

FURTHER AFFIANT SAYETH NOT.

November 21, 2008

                                           David H. Dickieson
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building – 9th Floor
Washington, DC  20004
202-628-4199
Facsimile:  202-628-4177
lfishberg@schertlerlaw.com
ddickieson@schertlerlaw.com

District of Columbia: SS
Subscribed and Sworn to before me,
this 21st day of November, 2008

_____
Notary Public, D.C.
My commission expires 10/31/2013

Penny Frye
Notary Public, District of Columbia
My Commission Expires 10/31/2013

3



# Cliveden Petroleum Co. Ltd

**Geneva Branch**
17 rue des Pierres-du-Niton
1207 - GENÈVE
SUISSE

TEL: (22) 700 68 60
FAX: (22) 700 58 15
E-mail : clivedengva@bluewin.ch

## TELEFAX MESSAGE

| | | |
|---|---|---|
| DATE | : | 18 November 2003 |
| TO | : | Banco Atlantico |
| ATTN | : | Mr. Esteban Maldonado |
| FAX NO | : | +35040110 |
| FROM | : | Jean Gabriel Antoni |

N° of pages (this one included): 01

By debiting our account with you N° 300730, please effect following payment :

| | | |
|---|---|---|
| Amount | : | US Dollars 915,102 (nine hundred fifteen thousand one hundred two) |
| To | : | BNP, Paribas ( Suisse ) S. A, Geneva formerly United European Bank Geneva |
| In favour of | : | The Sudanese Petroleum Corporation |
| Account N° | : | 72482-10V |
| SWIFT | : | UEBGCHGGXXX |
| Reference | : | 2003 obligations under EPSA dated 21st October 2003 |
| Value | : | 21 November, 2003 |

Thanks and regards.

Jean Gabriel Antoni

The information contained in this fax is confidential. The information is intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemi... distribution or copying of this communication is strictly prohibited. If you have received this fax in error, ple... immediately notify the sender by return fax, and destroy this fax, any attachments and all copies

PLAINTIFF'S EXHIBIT

 **Banco Atlántico**
(Gibraltar) Ltd

STATEMENT // EXTRACTO DE CUENTA

1 Corral Road, P. O. Box 561, PMB 6314 GIBRALTAR. Phone/fax: (350) 40117/(350) 40110 Swift: ATLAGIGI E-mail: atlaco@gibnet.gi

STATEMENT OF ACCOUNT
AS AT : 30.11.03
CURRENT ACCOUNT
NUMBER : 1300730/001.000.840
CUSTOMER CURRENT ACCOUNT
IN  US-DOLLAR

CLIVEDEN PETROLEUM CO. LT
17, RUE PIERRES-DU-NITTON
GENEVE
01207 SWITZERLAND

PAGE 1

| DATE | DESCRIPTION | VALUE DATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| | OPENING BALANCE PER : 01.11.03 | VOUCHER | | 1.425.464,15 | |
| 061103 | POS 1663/03 TRF TO DR DEBOHRA E AJA | 061103 366 | 35.070,00 | | 1.390.394,15 |
| 071103 | POS 1669/03 TRF TO DR PETER G FELTE | 071103 367 | 125.250,00 | | 1.265.144,15 |
| 071103 | POS 1667/03 TRF TO INTELLIGENT STRA | 071103 | 23.719,59 | | 1.241.424,56 |
| 111103 | USD/EUR SPOT 1,15970000 | 121103 | 20.735,44 | | 1.220.689,12 |
| ·03 | POR 906/03 TRF FROM FARONA INV LTD | 141103 | | 2.799.966,50 | 4.020.655,62 |
| 1 ·03 | POS 1699/03 TRF TO AMERICAN EXPRESS | 141103 | 19.049,90 | | 4.001.605,72 |
| 141103 | POS 1698/03 TRF TO HIGH TECH PETROL | 141103 | 15.494,82 | | 3.986.110,90 |
| 191103 | POS 1713/03 TRF TO AO SHIPLEY | 191103 | 8.446,97 | | 3.977.663,93 |
| 191103 | POS 1714/03 TRF TO J ROLFE JOHNSON | 191103 | 12.542,24 | | 3.965.121,69 |
| 191103 | POS 1716/03 TRF TO THE SUDANESE EUR | 191103 | 915.355,45 | | 3.049.766,24 |
| 201103 | POS 1720/03 TRF TO HIGH TECH PETROL | 201103 | 15.495,14 | | 3.034.271,10 |
| 211103 | POS 1726/03 TRF TO F & M ERONAT | 211103 377 | 17.222,57 | | 3.017.048,53 |
| 211103 | POS 1730/03 TRF TOCLIVEDEN PETROLEU | 211103 378 | 25.050,00 | | 2.991.998,53 |
| 271103 | POS 1762/03 TRF TO BELSAN HOLDING I | 271103 379 | 7.511,19 | | 2.984.487,34 |
| 271103 | POS 1763/03 TRF TO SKYLINE SALES & | 271103 380 | 6.056,13 | | 2.978.431,21 |
| 271103 | POS 1764/03 TRF TO DYNAMIC TRADING | 271103 381 | 1.742,44 | | 2.976.688,77 |
| 271103 | POS 1765/03 TRF TO CLIVEDEN PETROLE | 271103 382 | 45.090,00 | | 2.931.598,77 |
| 271103 | POS 1766/03 TRF TO FODEIBOU OROZI | 271103 383 | 6.042,44 | | 2.925.556,33 |
| 271103 | POS 1767/03 TRF TO SEIS PRO INC | 271103 384 | 9.671,52 | | 2.915.884,81 |
| 271103 | POS 1768/03 TRF TO CARLTON ENERGY G | 271103 385 | 10.118,60 | | 2.905.766,21 |
| 271103 | POS 1769/03 TRF TO DR DEBOHRA E AJA | 271103 386 | 15.042,44 | | 2.890.723,77 |
| 271103 | POS 1770/03 TRF TO J ROLFE JOHNSON | 271103 387 | 12.542,44 | | 2.878.181,33 |

BALANCE IN YOUR FAVOUR  2.878.181,33

ck t o/L


PLAINTIFF'S EXHIBIT

PHONE : (+350) 40117 - FAX : (+350) 40110 - SWIFT : ATLAGIGI
THIS STATEMENT WILL BE CONSIDERED CORRECT UNLESS THE BANK IS ADVISED WITHIN A PERIOD OF 30 DAYS FROM DATE



③

BANK OF NEW YORK
NEW YORK

To the attention of FTD-BLOCK ENTITY

Geneva 21st November, 2003

Dear Sirs,

We make reference to the two wire transfers executed by our bank, Banco Atlantico (Gibraltar) Ltd respectively on 14th November 2003 for US Dollars 15,452.73 in favour of High Tech Petroleum Co, Khartoum, Sudan to their account with Banque Soudano Francaise in Khartoum and on 21st November, 2003 for US Dollars 915,102 in favour of Sudanese Petroleum Corp to their account with United European Bank, Geneva.

These two transfers have been initiated by our company because on 21st October 2003 we have entered with the Ministry of Energy and Mining of the Republic of Sudan into an Exploration and Production Sharing Agreement together with other local partners including High Tech Petroleum Co.

Under the above mentioned EPSA we have a certain number of obligation among which the payment of certain sums for Social Development, Training Fund, Surface Rental and Signature Fee, as it is usual in the oil industry.

The amount of US Dollars 915,102 corresponds to our obligation as stated above and had to be paid to the Sudanese Petroleum Corp by the 21st November, 2003.

The amount of US Dollars 15,452.73 corresponds to our part of the costs of data provided for our Block by the OEPA data centre.

We knew that there were sanctions against the country but to our knowledge only for US companies and did not apply for non US companies owned by European interests.
Regrettably we reserve our right to claim for damages if we loose our rights on the concession
We therefore kindly request you to urgently return these funds to our account with Banco Atlantico (Gibraltar) Ltd

Best regards

Jean-Gabriel Antoni



PLAINTIFF'S EXHIBIT 3



# Cliveden Petroleum Co. Ltd

**Geneva Branch**
17 rue des Pierres-du-Niton
1207 - GENÈVE
SUISSE

TEL: (22) 700 68 60
FAX: (22) 700 58 15
E-mail: clivedengva@bluewin.ch

## TELEFAX MESSAGE

| | | |
|---|---|---|
| DATE | : | 05 December 2003 |
| TO | : | Banco Atlantico |
| ATTN | : | Mr. Esteban Maldonado |
| FAX NO | : | +35040110 |
| FROM | : | Jean Gabriel Antoni |

**N° of pages (this one included): 01**

---

By debiting our account with you N° 300730, please effect following payment:

| | | |
|---|---|---|
| Amount | : | counter value in **Sterling Pounds** of US Dollars 915,102 (nine hundred fifteen thousand one hundred two) |
| To | : | BNP, Paribas ( Suisse ) S. A, Geneva formerly United European Bank Geneva |
| In favour of | : | The Sudanese Petroleum Corporation |
| Account N° | : | 72482-10V |
| SWIFT | : | UEBGCHGGXXX |
| Reference | : | 2003 obligations under EPSA dated 21st October 2003 |
| Value | : | December 8th, 2003 |

Thanks and regards.

*[signature]*
Jean Gabriel Antoni

The information contained in this fax is confidential. The information is intended only for the use of the in to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, diss distribution or copying of this communication is strictly prohibited. If you have received this fax in error, p immediately notify the sender by return fax, and destroy this fax, any attachments and all copies



PLAINTIFF'S EXHIBIT

 **Banco Atlántico** (Gibraltar) Ltd

STATEMENT // EXTRACTO DE CUENTA

1 Corral Road. P. O. Box 561. PMB 6314 GIBRALTAR. Phone/fax: (350) 40117/(350) 40110  Swift: ATLAGIGI  E-mail: atlaco@gibnet.gi

```
                                          STATEMENT  OF  ACCOUNT
                                          AS AT :           31.12.03
CLIVEDEN PETROLEUM CO. LT                 CURRENT ACCOUNT
17, RUE PIERRES-DU-NITTON                 NUMBER :  1300730/001.000.840
GENEVE                                    CUSTOMER CURRENT ACCOUNT
01207 SWITZERLAND                         IN     US-DOLLAR

                                                                  PAGE    1

DATE      DESCRIPTION               VALUE DATE    DEBIT       CREDIT         BALANCE

          OPENING BALANCE PER : 01.12.03                     2.878.181,33

021203    USD/EUR SPOT       1,21390000   021203  467      14,57             2.878.166,76
031203    POS 1792/03 TRF TO JEAN LUC EMONET 031203 468  14.609,95           2.863.556,81
041203    CONSERVATION FEES FOR MAIL         311203 469     34,58            2.863.522,23
051203    POS 962/03 TRF FROM FARONA INVESTME 041203 470              4.799.966,50  7.663.488,73
051203    POS 1796/03 RETURNED  ②            041203 471              4.999.971,20  12.663.459,93
051203    POS 1796/03 TRF TO ATORAM ①        041203 472  5.000.258,56         7.663.201,37
  1203    POS 1807/03 TRF TO ATORAM          081203 473  5.000.258,23         2.662.943,14
   ?03    POS 1810/03 TRF TO THE SUDANESE PET 091203 474    915.362,23        1.747.580,91
   .03    POS 1817/03 TRF TO DR PETER FELTER  101203 475     50.100,00        1.697.480,91
101203    POS 1815/03 TRF TO BELSAN HOLDING I 101203 476     15.320,53        1.682.160,38
101203    POS 1816/03 TRF TO CLIVEDEN PETROLE 101203 477     25.050,00        1.657.110,38
121203    USD/EUR SPOT       1,23750000      121203 478     49.500,00        1.607.610,38
121203    POS 1829/03 TRF TO SPHINX CONSULTIN 121203 479      8.278,57        1.599.331,81
121203    POS 1830/03 TRF TO DR. DEBOHRA E. A 121203 480     20.043,65        1.579.288,16
121203    POS 1831/03 TRF TO E.A. ENRGY CONSU 121203 481      6.198,65        1.573.089,51
121203    POS 1832/03 TRF TO AMEX            121203 482      1.175,00        1.571.914,51
121203    POS 1833/03 TRF TO J ROLFE JOHNSON  121203 483     12.543,65        1.559.370,86
121203    POS 1834/03 TRF TO CLIVEDEN PETROLE 121203 484     25.050,00        1.534.320,86
151203    RETURNED POS 1698/03               181103 485                15.423,90  1.549.744,76
151203    POR 980/03 TRF FROM FARONA INVESTME 151203 486             1.999.966,50  3.549.711,26
151203    POS 1841/03 TRF TO ENCANA INT LTD   151203 487  1.939.762,12        1.609.949,14
191203    POS 1870/03 TRF TO FRIEDHELM AND ME 191203 488     17.944,20        1.592.004,94
221203    POS 1892/03 TRF TO SEIS PRO INC     221203 489     10.044,17        1.581.960,77
231203    POS 1897/03 TRF TO J. ROFLE JOHNSON 231203 490     25.050,00        1.556.910,77

          BALANCE IN YOUR FAVOUR                             1.556.910,77
```

① should read returned to Farona
② should read received from Farona


PLAINTIFF'S EXHIBIT 5

**This Agreement** is entered into on 2nd of December 2003

by and between:

**Cliveden Petroleum Co Ltd**, a company incorporated and existing under the laws of British Virgin Islands, whose registered office is at Arawak Trust Company Limited, PO Box 173, Road Town, Tortola, BVI_ ("Cliveden" or the "Assignor")

and

**Zarmach Oil Services Inc.** a company incorporated under the laws of British Virgin Islands, whose registered office is at CITCO BVI Limited, PO Box 662, Road Town, Tortola, BVI ("Zarmach" or the "Assignee").

(each a "Party" and collectively the "Parties")

Pursuant to an Exploration and Production Agreement signed between Cliveden Petroleum Sudan Ltd (a wholly owned subsidiary of Cliveden) and the Sudanese Ministry of Energy and Mining on October 31st, 2003, Cliveden paid on 21st November 2003 the amount of US Dollars 915,102 (nine hundred fifteen thousand one hundred two) to Sudapet, the Sudanese National Oil Company.

This payment has been made from **Cliveden** a/c at Banco Atlantico (Gibraltar) Ltd to the a/c of Sudapet at United European Bank (UEB) Geneva, Switzerland.

The Same Date Bank of New York (the United States correspondent Bank of Banco Atlantico acting as payor on behalf of **Cliveden**) stopped processing the instructed payment and froze these funds by claiming submission to the US Executive Order 13067 blocking Sudanese Government Properties and prohibiting transactions with Sudan.

In order to be released from the administrative task of recovering the said blocked amount of USD 915,102 in capital **Cliveden** accepts for value received to irrevocably and unconditionally assign to **Zarmach** all of its rights and benefits attached to the




pending blocked funds and to the related claim against the US Office of Foreign Asset Control. This assignment covers also the interests which might result from the non availability of the funds since the 21st November 2003 until time of their future release.

This Agreement shall be governed and construed in accordance with English Law.

In witness whereof this Agreement has been signed.

**Assignor**

**Cliveden Petroleum Co Ltd**

By *[signature]*

General Manager

**Assignee**

**Zarmach Oil Services Inc.**

By *[signature]*

Director

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Claim was filed and served via ECF with copies being sent via facsimile to the following counsel, this 21st day of November, 2008:

> Andrew C. Hall, Esq.
> Hall, Lamb and Hall, PA
> 2665 South Bayshore Drive – Penthouse One
> Miami FL 33133
> Facsimile No: 305-374-5033
>
> Howard B. Levi, Esq.
> Levi Lubarsky & Feigenbaum LLP
> 1185 Avenue of the Americas – 17th Floor
> New York NY 10036
> Facsimile No: 212-308-8830

*/s/ David H. Dickieson*
David H. Dickieson

4